United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
AUG 4 1998
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | |
| | § | TR.CT. NO. B-97-087 |
| GUADALUPE VILLARREAL | § | |

# ORDER

BE IT REMEMBERED, that on this 4th day of August, 1998, came on to be considered the above and foregoing Motion to Transfer Post Conviction Petition for Writ of Habeas Corpus to Sentencing Court: United States District Court for the Southern District of Texas, Houston Division.

After consideration of the same, it is the opinion of the Court that The United States District Court for the Southern District of Texas cause number B-97-087, should transfer cause number B-97-087 to the Houston Division of the United States District Court for the Southern District of Texas.

DONE at Brownsville this 4th day of August, 1998.

_____
Fidencio Garza, United States Magistrate Judge